# COMPLAINT
(for non-prisoner filers without lawyers)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 FEB -7 P 3:23
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Dylan M. Engel

v.

(Full name of defendant(s))

BanK Mutoal Phenom (BG)

Case Number:

**18-C-0204**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   __1933 N prospect Ave #206__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Bank Mutoal/Phenom__
   (Name)
   is (if a person or private corporation) a citizen of __USA__

Complaint – 1

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __BANK Mutual Credit Office_____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Observation on Cyber Security Breach or Credit Card Fraud with BankMutual Card. $72.95 Charge transaction placed at UWMKE before NASA's CAPTAIN KELLY held plenary on his endurance text with a FACEBOOK LINK on a SURFACEBOOK. Phenom is a Supplement Campany, offering Krill omega 3 oil, or vitamin Supplements. THE Certificate at bylone—

Complaint – 2

with Bank mutual credit appeared as insecure, malware, fraudulent, or a breach to Bank mutual Credit. 4 companies, which are unreal nonexistent were on the Bill, falsified transaction charges.

I had to file a Form Evaluation with Bank Mutual staff, this is now posted, and not related besides being the same Business Bank Mutual. I filed a "world class" survey over the phone, The amount of charges haven't been reduced, Bank Mutual Credit is unresponsive to falsified transaction charges being removed. Over the phone this had been identified with BMCREDIT, as a breach in Cyber Securities w/ UWMKE, Microsoft Systems, and is seriously incorrectly handled with this issue.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____ .

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

THE CREDIT CARD CHARGES NEED TO BE RECOGNIZED AS INSECURE + REMOVED FROM PATRONS 500$ CREDIT LIMIT, — PAPER WORK + RETURN PRODUCT are available by direct observations if, in case, necessary.

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES   ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 07 TUES day of FEB, 20 18.

Respectfully submitted,

_____
Signature of Plaintiff

414-551-8579
Plaintiff's Telephone Number

DEAGEL0024@SAFE-MAIL.NET
Plaintiff's Email Address

1933 N Prospect AVE #206 APT
MKE, WI 53202-1441
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5