# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DYLAN M. ENGEL,

                              Plaintiff,

v.

PHENOM INGENIOUS BRAIN
and BANK MUTUAL CREDIT,

                              Defendants.

Case No. 18-CV-204-JPS

**ORDER**

Plaintiff Dylan M. Engel, proceeding *pro se*, filed a complaint in this matter and a motion for leave to proceed *in forma pauperis*. (Docket #1, #2). In an order dated February 15, 2018, the Court denied his motion for leave to proceed *in forma pauperis* and also dismissed his complaint pursuant to 28 U.S.C. § 1915 for failure to state a viable claim for relief. (Docket #4 at 2, 6–7). The Court granted Plaintiff until March 8, 2018 to submit an amended motion for leave to proceed *in forma pauperis* and an amended complaint. *Id.* at 7.

To date, Plaintiff has submitted only the second of these two documents. (Docket #5). Plaintiff apparently disregarded the Court's direction about his motion for leave to proceed *in forma pauperis*. Thus, as it warned Plaintiff in its last order, the Court will no longer entertain Plaintiff proceeding *in forma pauperis* and will instead direct him to pay the entire $400.00 filing fee for this action. (Docket #4 at 2). He must do so no later than **March 26, 2018**, or this action will be dismissed. Civ. L. R. 41(c); *Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006).

Accordingly,

**IT IS ORDERED** that Plaintiff shall pay the $400.00 filing fee for this action no later than **March 26, 2018**. Failure to do so will result in dismissal of this action without further notice.

Dated at Milwaukee, Wisconsin, this 12th day of March, 2018.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge