# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DYLAN M. ENGEL,

                  Plaintiff,

v.

PHENOM INGENIOUS BRAIN and BANK MUTUAL CREDIT,

                  Defendants.

Case No. 18-CV-204-JPS

**ORDER**

      Plaintiff Dylan M. Engel, proceeding *pro se*, filed a complaint in this matter and a motion for leave to proceed *in forma pauperis*. (Docket #1, #2). In an order dated February 15, 2018, the Court denied his motion for leave to proceed *in forma pauperis* and also dismissed his complaint pursuant to 28 U.S.C. § 1915 for failure to state a viable claim for relief. (Docket #4 at 2, 6–7). The Court granted Plaintiff until March 8, 2018 to submit an amended motion for leave to proceed *in forma pauperis* and an amended complaint. *Id.* at 7.

      Plaintiff filed an amended complaint on February 27, 2018, (Docket #5), but never submitted an amended motion for leave to proceed *in forma pauperis*. Thus, the Court was obliged to deny him leave to proceed *in foma pauperis*. (Docket #6 at 1). The Court directed Plaintiff to pay the full filing fee no later than March 26, 2018, or his case would be dismissed. *Id.* at 2. That deadline has passed and the Court has not received any payment. Consequently, this action will be dismissed. Civ. L. R. 41(c); *Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 28th day of March, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge